RE: David Alan Bright                                                                               Case # 21-21467  LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 12/29/21

✔ Tax returns: 2019-2020            Corporate Tax Returns:

✔ Photo ID/SS card - Legible/Unredacted       LF 90          LF 67       LF 10

   Plan does not fund properly

   Calculation errors      Missing months/amounts     Inconsistent terms     Plan form completed incorrectly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

   Missing 2016(B)                              ✔ Missing signed copy of the Attorney's Declaration

   Other provisions:    IVL        100%      Lawsuit     Gambling     MMM

   Reaffirm, redeem or surrender Sch D or G creditor:

   MMM Motion not filed     Valuation motion not filed      Lien Avoidance Motion not filed

✔ Priority debt on Schedule E not in plan: IRS

   Creditor in Plan is not listed in Schedules or has not filed a POC:

✔ Creditor paid through the Plan has not filed a POC: Wilmington Saving

✔ Object or Conform to Proof of Claim:   Miami-Dade County     Tax Certificate (DE#   )    Dept of Revenue
      ✔ IRS

✔ OTHER PLAN ISSUES:  Amend Plan Section III E1 Creditor name to match POC #3

   Real Estate FMV and Payoff:

   Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:

   Other:

✔ Bank Account Statements  ✔ 3 months pre-petition

   Copy of check(s) and/or explanation:

   Explanation of withdrawal(s):

✔ 401K/Retirement/Pension             Annuity               ✔ Life Insurance Policy

   Domestic Support Obligation form complete with info: name, address and phone

   Wage deduction order or Motion to waive

   BDQ & attachments          Profit/loss     Balance Sheet

   Business Bank statements and checks    3 months pre-petition

   Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*